**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 20-00019-CG** |
| | ) | |
| **MICHAEL LEE LANZER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on February 22, 2021 (Doc. 152) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of conspiracy to possess with intent to distribute methamphetamine in violation of Title 21, U.S.C., § 846. A sentencing hearing has been scheduled for May 26, 2021 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce Defendant for said hearing.

**DONE and ORDERED** this 19th day of March, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE